# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| **Kenneth Lee Travis,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 5:14-cv-00039-RLV |
| | ) | 5:09-cr-00025-RLV |
| vs. | ) | |
| | ) | |
| **USA,** | ) | |
| Respondent(s). | ) | |

 DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 27, 2015 Order.

                                        May 27, 2015

*/s/ Frank G. Johns*
Frank G. Johns, Clerk
United States District Court